# HANCOCK
## ESTABROOK, LLP
COUNSELORS AT LAW

**ASHLEY D. HAYES, ESQ.**
(315) 565-4526
ahayes@hancocklaw.com

July 14, 2016

**VIA ECF**

Honorable Gary L. Sharpe
Senior U.S District Court Judge
U.S. District Courthouse and Federal Building
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY 12207

    Re:    **CAR-FRESHNER Corporation and Julius Sämann Ltd. vs. Crocs, Inc.**
             Civil Action No.: 7:16-CV-68(GLS/TWD)

Dear Judge Sharpe:

    I represent Plaintiffs, CAR-FRESHNER Corporation and Julius Sämann Ltd., in the above referenced matter. I write to respectfully request a short 5-day extension of Plaintiffs' time to respond to Defendant's Motion to Dismiss pursuant to Rule 12(c) (Dtk. No. 28), from July 18, 2016 to July 25, 2016, and a corresponding 5-day extension of Defendant's time to Reply from July 25, 2016 to August 1, 2016. The Motion is on submit, returnable on August 4, 2016. The requested extension is sought to allow sufficient time to respond to the Motion, which was filed at the beginning of long planned vacations for both myself, and co-counsel for Plaintiffs, Jonathan King. We have conferred with counsel for Defendant, who consents to this request. To the extent this proposed extension meets with Your Honor's approval, we request that you kindly "So Order" the same.

                         Respectfully submitted,

                         HANCOCK ESTABROOK, LLP

                         Ashley D. Hayes

ADH/lmr
cc:    All Counsel of Record

{H2852627.1}
1500 AXA Tower I, 100 Madison St., Syracuse, NY 13202 · www.hancocklaw.com · T: (315) 565 4500 · F: (315) 565 4600

**HANCOCK ESTABROOK, LLP**
COUNSELORS AT LAW

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2016, I caused the foregoing letter request to be filed with the Clerk of the District Court using the CM/ECF system, which is believed to have sent notification of such filing to the following:

| | |
|---|---|
| William C. Rava, Esq. | wrava@perkinscoie.com |
| Elizabeth M. Banzhoff, Esq. | ebanzhoff@perkinscoie.com |
| Alexander Garcia, Esq. | ajagarcia@perkinscoie.com |
| John D. Cook, Esq. | jcook@barclaydamon.com |
| Jason S. Nardiello, Esq. | jnardiello@barclaydamon.com |

Dated: July 14, 2016.

s/Ashley D. Hayes
Ashley D. Hayes, Esq.
Bar Roll No. 511333

{H2852627.1}