

# HANCOCK ESTABROOK, LLP
COUNSELORS AT LAW

**ASHLEY D. HAYES, ESQ.**
(315) 565-4526
*ahayes@hancocklaw.com*

July 14, 2016

**VIA ECF**

The Honorable Thérèse Wiley Dancks
United States District Court
Northern District of New York
100 S. Clinton Street, PO Box 7637
Syracuse, NY 13261-7367

Re:   CAR-FRESHNER Corporation and Julius Sämann Ltd. vs. Crocs, Inc.
      Civil Action No.: 7:16-CV-68(GLS/TWD)

Dear Judge Dancks:

    I write on behalf of the parties to jointly request a short extension of the deadline for Amendment of Pleadings in the current Scheduling Order (Dkt No. 18), from July 19, 2016 to August 3, 2016. The extension is sought to allow sufficient time to review documents that were recently produced by Crocs on July 1 and 12 and that will be produced by CAR-FRESHNER Corporation on July 22, 2016, prior to making a final determination on amendments to the pleadings, which both parties are currently contemplating. The parties do not believe this short extension will impact any other deadlines in the existing Scheduling Order. To the extent the proposed extension meets with Your Honor's approval, we request that you kindly "So Order" the same.

Respectfully submitted,

HANCOCK ESTABROOK, LLP

*/s/ Ashley D. Hayes*

Ashley D. Hayes

ADH/lmr
cc:   All Counsel of Record



July 14, 2016
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on July14, 2016, I caused the foregoing letter request to be filed with the Clerk of the District Court using the CM/ECF system, which is believed to have sent notification of such filing to the following:

| | |
|---|---|
| William C. Rava, Esq. | wrava@perkinscoie.com |
| Elizabeth M. Banzhoff, Esq. | ebanzhoff@perkinscoie.com |
| Alexander Garcia, Esq. | ajagarcia@perkinscoie.com |
| John D. Cook, Esq. | jcook@barclaydamon.com |
| Jason S. Nardiello, Esq. | jnardiello@barclaydamon.com |

Dated: July 14, 2016.

s/Ashley D. Hayes
Ashley D. Hayes, Esq.
Bar Roll No. 511333

{H2852625.1}