UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION<br><br>and<br><br>JULIUS SÄMANN LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CROCS, INC.,<br><br>Defendant. | Civil Action No:<br>7:16-cv-0068-GLS-TWD<br><br>**STIPULATION** |

WHEREAS, the parties have discussed the amendment of their respective pleadings (Docket Nos 1 and 15), and have shared their proposed amended pleadings with each other,

IT IS HEREBY STIPULATED AND AGREED that:

1) Plaintiffs will file their First Amended Complaint on August 3, 2016;

2) Defendant will file its Response to the First Amended Complaint within 14 days after the filing of Plaintiffs' Amended Complaint; and

3) Plaintiffs will file their Response to any Counterclaims filed by Defendant within 14 days after the filing of Defendant's Answer containing the Counterclaims.

Dated: August 3, 2016

**COWAN LIEBOWITZ & LATMAN, P.C.**
By: s/Jonathan Z. King
Jonathan Z. King
114 West 47th Street
New York, New York  10036
Tel:    (212) 790-9200
Email: jzk@cll.com

Dated: August 3, 2016

**BARCLAY DAMON, LLP**
By: s/Elizabeth Banzhoff
Jason S. Nardiello, Esq.
John D. Cook, Esq.
One Park Place
300 South State Street
Syracuse, New York  13202
Tel:    (315) 425-2817
Email: jnardiello@barclaydamon.com
           jcook@barclaydamon.com

{H2863598.1}

| | |
|---|---|
| **HANCOCK ESTABROOK, LLP**<br>Ashley D. Hayes (Bar Roll No.: 511333)<br>1500 AXA Tower 1<br>100 Madison Street<br>Syracuse, New York  13202<br>Tel:     (315) 565-4500<br>Email: ahayes@hancocklaw.com<br><br>*Attorneys for Plaintiffs* | **PERKINS COIE LLP**<br>William C. Rava (pro hac vice)<br>1201 Third Avenue<br>48th Floor<br>Seattle, WA  98101<br>Tel:     (206) 359-8000<br>Fax:    (206) 359-9000<br>Email: wrava@perkinscoie.com<br><br>Alexander Garcia (*Pro hac vice*)<br>Elizabeth Banzhoff (*Pro hac vice*)<br>1900 Sixteenth Street<br>Suite 1400<br>Denver, CO  80202<br>Tel:     (303) 291-2300<br>Fax:    (303) 291-2400<br>Email: ajagarcia@perkinscoie.com<br>            ebanzhoff@perkinscoie.com<br><br>*Attorneys for Defendant* |

{H2863598.1}

# **CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2016, I caused the foregoing Stipulation to be filed with the Clerk of the District Court using the CM/ECF system, which is believed to have sent notification of such filing to the following:

| | |
|---|---|
| William C. Rava, Esq. | wrava@perkinscoie.com |
| Elizabeth M. Banzhoff, Esq. | ebanzhoff@perkinscoie.com |
| Alexander Garcia, Esq. | ajagarcia@perkinscoie.com |
| John D. Cook, Esq. | jcook@barclaydamon.com |
| Jason S. Nardiello, Esq. | jnardiello@barclaydamon.com |

Dated: August 3, 2016.          s/Ashley D. Hayes
                                                                           Ashley D. Hayes, Esq.
                                                                           Bar Roll No. 511333

{H2863598.1}