UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CAR-FRESHNER CORPORATION and
JULIUS SÄMANN LTD.,

          Plaintiffs,

    v.

CROCS, INC.,

          Defendant.

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Civil Action No.:
7:16-cv-00068 (GLS/TWD)

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that whereas no party hereto is an infant or an incompetent person, the above-captioned action, including all claims and counterclaims, be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses, or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

3116466.2

| | |
|---|---|
| Dated: March 16, 2018 | Dated: March 16, 2018 |
| COWAN LIEBOWITZ & LATMAN, P.C. | PERKINS COIE LLP |
| By: _s/ Jonathan Z. King_<br>    Jonathan Z. King (509934)<br>    Eric J. Shimanoff (519789)<br>114 West 47th Street<br>New York, NY 10036<br>Telephone: (212) 790-9200<br>E-mail: jzk@cll.com<br>E-mail: ejs@cll.com | By: _s/ Elizabeth M. Banzhoff_<br>    William C. Rava (*pro hac vice*)<br>    Elizabeth M. Banzhoff (*pro hac vice*)<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-8000<br>E-mail: wrava@perkinscoie.com<br>E-mail: ebanzhoff@perkinscoie.com |
| - and - | - and - |
| Louis Orbach (507815)<br>BOND, SCHOENECK & KING, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1355<br>Telephone: (315) 218-8000<br>E-mail: lorbach@bsk.com | John D. Cook (511491)<br>BARCLAY DAMON, LLP<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202<br>Telephone: (315) 425-2700<br>E-mail: jcook@barclaydamon.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED:

_[signature]_
U.S. District Judge
Date: March 19, 2018